United States Bankruptcy Court
District of Maryland

In re:
Kevin Deon Nicholson
Shaquierca Monneta Nicholson
     Debtors

Case No. 09-26543-pm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-0    User: rhegerle    Page 1 of 2    Date Rcvd: Jun 10, 2011
                     Form ID: pdfparty    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2011.
cr         +BAC Home Loan Servicing, LP,   Bankruptcy Department,   2380 Performance Drive,
              Mail Stop TX2-984-05-03,   RICHARDSON, TX 75082-4333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2011**                         **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0416-0          User: rhegerle            Page 2 of 2                  Date Rcvd: Jun 10, 2011
                              Form ID: pdfparty         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2011 at the address(es) listed below:
        H. Tucker ^1Dewey    on behalf of Creditor   BMW Financial Services NA, LLC
        jzweig@haledeweyknight.com,   jzweig@haledeweyknight.com,cwilliams@haledeweyknight.com
        Robert A. Siegel    on behalf of Debtor Kevin Nicholson   Rakasiegel@aol.com
        Timothy P. Branigan    cmecf@chapter13maryland.com
        TOTAL: 3

**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:  Case No.:  09–26543 – PM    Chapter:  13**

| Kevin Deon Nicholson | Shaquierca Monneta Nicholson |
| --- | --- |
| 5905 Saint Moritz Drive | 5905 Saint Moritz Drive |
| Temple Hills, MD 20748 | Temple Hills, MD 20748 |

## ORDER REGARDING
## NOTICE OF FINAL CURE PAYMENT

Upon consideration of the Notice of Final Cure Payment filed by the Trustee, notice having been given to claimant as required by Local Bankruptcy Rule 3002–1(d), and no opposition having been filed pursuant to Local Bankruptcy Rule 3002–1(e) by the claim holder – **BAC Home Loan Servicing, LP**, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor(s) has cured the default and no amounts due are unpaid as of the date of the Notice of Final Cure Payment.


cc:  Debtor(s)
    Attorney for Debtor(s) – Robert A. Siegel
    Chapter 13 Trustee – Timothy P. Branigan
    Claimant
    Claimant's Counsel – Anita Frank


**10.7** – *rhegerle*

### End of Order